**Order entered September 27, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00530-CV

## IN THE INTEREST OF I.F., E.F. AND F.F., CHILDREN

**On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-19-21932**

## ORDER

Before the Court is the September 23, 2021 request of court reporter Yolanda Atkins for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **October 8, 2021**.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE